STATE OF NEW JERSEY v. FRANK R. HOFF.

Aug. 6, 1979. ORDERED that the within appeal is dismissed as moot.

JAMES O'SULLIVAN v. NEWARK STAR LEDGER.

Sept. 18, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. TUCKER BROOKS.

Sept. 18, 1979. Petition for certification denied.

BEATRICE LEVIDOW v. JOHN J. DEGNAN.

Sept. 18, 1979. Petition for certification denied.

JOSEPH BUCZEK v. HENRIETTA BUCZEK.

Sept. 18, 1979. Petition for certification denied.

CITY OF NEWARK v. NATURAL RESOURCE COUNCIL IN THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

Sept. 18, 1979. Petition for certification granted.